| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | ANN H. VORIS, Bar #100433<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>CLYDE CHARLES HELMS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-0384 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS |
| | ) | HEARING; ORDER |
| v. | ) | |
| | ) | Date:  April 2, 2012 |
| CLYDE CHARLES HELMS, | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |
| | ) | |
|  | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the motions hearing in the above-captioned matter now set for March 26, 2012, **may be continued to April 2, 2012, at 10:00 a.m.** for a change of plea hearing.

This reason for the continuance is to permit counsel additional time for discussion and review of the plea offer with the defendant.  This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: March 22, 2012        By:    /s/ *Kathleen A. Servatius*
                                    KATHLEEN A. SERVATIUS
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: March 22, 2012        By:    /s/ *Ann H. Voris*
                                    ANN H. VORIS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Clyde Charles Helms

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   March 22, 2012

CHIEF UNITED STATES DISTRICT JUDGE